MEMORANDUM OPINION




No. 04-08-00233-CV



IN RE TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY 


and St. Paul Travelers



Original Mandamus Proceeding (1)



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Sandee Bryan Marion, Justice

 Rebecca Simmons, Justice


Delivered and Filed: May 7, 2008 


PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

 Relators have filed an Unopposed Motion to Dismiss Their Petition for Writ of Mandamus
as Moot based on the parties' Rule 11 Agreement. The motion is granted, and the petition for writ
of mandamus is dismissed as moot. Costs of this proceeding are taxed against the parties who
incurred them.

 PER CURIAM


1. This proceeding arises out of Cause No. 07-01-22263-MCVAJA, styled Roberto and Herminia Garcia v.
Travelers Lloyds of Texas Insurance Company and St. Paul Travelers, pending in the 365th Judicial District Court,
Maverick County, Texas, the Honorable Amado J. Abascal presiding.